**Order entered June 29, 2018**



**In The**

# Court of Appeals
# Fifth District of Texas at Dallas

### No. 05-17-01495-CV

**PANHANDLE STEEL ERECTORS, INC., Appellant**

**V.**

**LUIS CANTU, Appellee**

**On Appeal from the 192nd Judicial District Court**
**Dallas County, Texas**
**Trial Court Cause No. DC-14-14032**

## ORDER

Before the Court is appellee's June 28, 2018 unopposed motion for second extension of time to file brief. We **GRANT** the motion and **ORDER** the brief to be filed no later than August 7, 2018. We caution appellee that further extension requests will be disfavored.

/s/     DAVID EVANS
          JUSTICE